**Order entered September 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00371-CR

**CLIFTON DEMONE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F18-54331-I**

### ORDER

We **REINSTATE** this appeal.

We abated for the appointment of counsel. On September 15, 2020, a supplemental clerk's record containing the appointment was filed with the Court. We **DIRECT** the Clerk to list Celia Sams as counsel for appellant. All future correspondence shall be sent to Ms. Sams at the address on file with the Court.

Appellant's brief is **DUE** on November 13, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE